ACCEPTED
01-15-00971-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 2:37:27 PM
CHRISTOPHER PRINE
CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/11/2015 2:39:34 PM
CHRISTOPHER A. PRINE
Clerk

CAUSE NO. 1062261

| | | |
|---|---|---|
| KING FUELS INC., | § | IN THE COUNTY CIVIL COURT |
| Plaintiff | § | |
| | § | |
| V. | § | AT LAW NO. 2 |
| | § | |
| SYED R. ENTERPRISES, INC. | § | |
| SYED AZEEMUDDIN AND | § | |
| AYESHA TABASSUM | § | HARRIS COUNTY TEXAS |

## NOTICE OF APPEAL

1.    King Fuels, Inc. desire to appeal from the Order Granting Defendants' Motion To Transfer Venue signed by the trial court on October 30, 2015, in Cause No 1062261, styled *King Fuels Inc. vs. Syed R. Enterprises Inc., Syed Azeemuddin and Ayesha Tabassum,* In the County Court at Law Number 2, Harris County, Texas.

2.    King Fuels Inc.. appeals to either the First or the Fourteenth Court of Appeals in Houston, Texas.

Dated: November 9, 2015.

Respectfully submitted,

MANJI & ASSOCIATES, P.C.

_/s/ *Abel K. Manji*
Abel K. Manji
Texas Bar No. 00784520
12603 SW Freeway, Suite 688
Stafford, Texas 77477
Tel:  281-565-4603
Fax: 281-565-4625

ATTORNEY FOR PLAINTIFF /
KING FUELS INC.

1

## **Certificate of Service**

I hereby certify that on the 9th day of November 2015, a true and correct copy of the foregoing document was forwarded via certified mail, return receipt requested and/or facsimile transmission and/or hand delivery to all parties and/or counsel of record in accordance with Rule 21a of the Texas Rules of Civil Procedure as follows:

Vance Metcalf
Kent, Anderson, Bush, Frost & Metcalf, P.C.
1121 E.S.E. Loop 323, Suite 200
Tyler, Texas 75701
Fax: (903) 581-3701

*/s/ Abel Manji*
Abel Manji

2